## DUNCAN ELECTRIC & ICE CO. v. FERGU-SON, County Treasurer, et al.

No. 8097—Opinion Filed Dec. 5, 1916.

(161 Pac. 794.)

### Appeal and Error—Briefs—Failure to File —Reversal.

Where plaintiff in error files his brief in accordance with the rules of this court, and defendant files no brief within the time allowed, and no reason is given for failure to file same, this court is not required to search the record to find some theory upon which to sustain the judgment of the trial court, but, if the plaintiff's brief appears reasonably to sustain the assignments of error, may reverse the judgment.

(Syllabus by Edwards, C.)

Error from District Court, Stephens County; Cham Jones, Judge.

Application by the Duncan Electric & Ice Company to A. B. Ferguson, county treasurer, and others, for correction of an assessment. From an adverse judgment of the district court on appeal from an order denying the application, plaintiff brings error. Reversed.

Hainer, Burns & Toney, for plaintiff in error.

D. A. Bridges, Co. Atty., for defendants in error.

Opinion by EDWARDS, C. The Duncan Electric & Ice Company, a corporation, filed its application, supported by affidavits, with the board of county commissioners of Stephens county for the correction of an erroneous

assessment. From an order denying such application the plaintiff in error appealed to the district court of Stephens county, where said cause was tried, and judgment rendered in favor of the defendants, from which judgment the plaintiff in error has appealed to this court. The plaintiff has filed his brief in accordance with the rules of this court, and the defendant has filed no brief in support of its judgment, nor is any reason given for failure to file the same.

The brief filed by the plaintiff in error appears reasonably to sustain the assignments of error, and where the county attorney, selected by the people of the county to represent its interests, is so indifferent to the welfare of the county as to wholly neglect a matter of this kind, this court is not required to search the record to find some theory upon which the judgment may be sustained, but will reverse the judgment in accordance with the prayer of the petition in error.

The judgment is reversed.

By the Court: It is so ordered.